# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129086

BARBARA DAVIS,
       Plaintiff-Appellee,

v

GENERAL MOTORS CORPORATION, LAD
LANSING BODY ASSEMBLY,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129086
COA: 260319
WCAC: 03-000474

On order of the Court, the application for leave to appeal the June 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

t1219